DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.  4:09CR112 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Carlus L. Hall | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant and his counsel, Carlos Warner appeared before this Court on May 28, 2013. A report and recommendation was filed on May 13, 2013. (See docket #36). The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of five (5) months, with credit for time already served in custody since defendant's arrest on May 7, 2013, in this matter. Upon release from confinement the term of supervised release will terminate in this case.

IT IS SO ORDERED.

| | |
|---|---|
| May 28, 2013 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |